■

**Moneek M. ACKLES**

v.

**Tameka KEYES et al.**

2140256

Court of Civil Appeals of Alabama.

02/04/2015

Dismissed

■

**Jason DUKE**

v.

**Julie DUKE**

2140258

Court of Civil Appeals of Alabama.

03/20/2015

Dismissed

■

**T.G. and D.E.**

v.

**RUSSELL CTY. DEP'T OF HUMAN RES.**

2140263

Court of Civil Appeals of Alabama.

02/04/2015

Dismissed

■

**EX PARTE J.D.**

(In re: J.D.

v.

J.R.S.)

2140264

Court of Civil Appeals of Alabama.

01/08/2015

Mand. pet. denied

■

**EX PARTE Terrance REYNOLDS**

(In re: Crystal Reynolds

v.

Terrance Reynolds)

2140267

Court of Civil Appeals of Alabama.

01/12/2015

Mand. pet. denied

